**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Galindo Castro,<br><br>   Petitioner,<br><br>vs.<br><br>Philip Crawford,<br><br>   Respondent. | No. CV07-0924-PHX-SRB<br><br>**ORDER** |

Petitioner, Gabriel Galindo Castro, filed his Petition for Writ of Habeas Corpus on May 7, 2007. On July 20, 2007, Respondent filed a Suggestion of Mootness and a copy of the Order of Supervision establishing that Petitioner was released from custody on July 13, 2007.

The Magistrate Judge filed his Report and Recommendation on July 27, 2007 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed without prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court  The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office.

1
2    The Court finds itself in agreement with the Report and Recommendation of the
3 Magistrate Judge.
4    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
5 as the order of this Court.
6    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
7 without prejudice.
8    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
9
10    DATED this 23rd day of August, 2007.
11
12
13
14    _____
15    Susan R. Bolton
     United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28